[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 30, 2007
THOMAS K. KAHN
CLERK

No. 06-14935
Non-Argument Calendar

_____

D. C. Docket No. 05-00033-CR-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BILLY WAYNE CHENEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(March 30, 2007)**

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Hugh B. McNatt, appointed counsel for Billy Wayne Cheney in this direct

criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because the independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cheney's conviction and sentence are **AFFIRMED.**